## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| HATTIE BREWER ) | |
| ) | Case No. 10 AP 01686 |
| Plaintiff ) | Chapter 13 |
| ) | Judge Jack B. Schmetterer |
| Vs. ) | |
| ) | |
| HSBC MORTGAGE CORP., ) | Bankruptcy No. 10-22154 |
| ) | |
| Defendant ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This cause having been brought before this Court on Plaintiff Hattie Brewer's Adversary Complaint against HSBC MORTGAGE CORPORATION, this Court finds as follows:

### FINDINGS OF FACT

1. This Adversary Proceeding was filed on August 23, 2010.

2. This matter was brought pursuant to 7007 of the Federal Rules of Bankruptcy Procedure and Section 506 of the Bankruptcy code to determine the validity, priority and extent of a lien or other interest in property and to determine the secured status of the Defendant.

3. This is a core proceeding pursuant to 28 U.S.C. §157 (b).

4. The District is the proper venue for this proceeding because Plaintiff/Debtor is a resident of Illinois and this Court already retained jurisdiction over the underlying matter.

5. Plaintiff, Hattie Brewer is the debtor in Chapter 13 bankruptcy case number 10-22154 and is the current owner/occupant of property at 320 49th Avenue, Bellwood, Illinois.

6. The Defendant HSBC MORTGAGE CORPORATION is doing business in cook County, Illinois.

7. Hattie Brewer's residence at 320 49th Avenue, Bellwood, Illinois has a current market value of $117,928.00.

8. Bank of America holds the first mortgage against the property in the amount of $141,089.00.

9. The mortgage which HSBC MORTGAGE CORPORATION holds against Debtor's residence is secondary to that of Bank of America.

## CONCLUSIONS OF LAW

1. Section 506 (a)(1) of the Bankruptcy Code provides as follows:

" An allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 of this title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff, as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim. Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property, and in conjunction with any hearing on such disposition or use or on a plan affecting such creditor's interest."

2. There is no available equity in Debtor's home to secure the Mortgage claimed by HSBC Corporation and pursuant to the Bankruptcy Code, HSBC MORTGAGE CORPORATION may be treated as an unsecured creditor in The Debtor's Chapter 13 Plan.

_____
Judge

Dated  10/7/10

OCT 07 2010


Akram Zanayed & Associates
Attorneys for Debtor
8550 S. Harlem #G
Bridgeview, IL 60455
(708) 237-9000